

FILED

12/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0163

# IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0163

_____

IN RE THE RULES OF CONTINUING LEGAL
EDUCATION

O R D E R

_____

Following a publication of proposed revisions to the Rules of Continuing Legal Education, a comment period, and a public meeting on March 8, 2022, the Court tabled consideration of revisions pending further review and appointed an ad hoc committee to discuss the proposals and make recommendations to the Commission on Continuing Legal Education for a revised proposal. The ad hoc committee submitted its report and recommendations to the Court and the Commission on September 14, 2022. Following additional consideration, the Commission has submitted a new proposal for rule changes, incorporating the ad hoc committee's recommendations and suggesting additional revisions. The Commission submitted on December 22 an additional document explaining the ad hoc committee's research and reasoning for its recommendations.

IT IS THEREFORE ORDERED that all members of the bench and bar of Montana and any other interested persons are granted 30 days from the date of this Order in which to file with the Clerk of this Court appropriate comments and/or suggestions to the attached Proposed Revisions to the Montana Rules and Regulations for Continuing Legal Education.

IT IS FURTHER ORDERED that this Order and the attached Proposed Revisions to the Montana Rules and Regulations for Continuing Legal Education shall be posted on the websites of the Montana Judicial Branch and the State Bar of Montana. The State Bar of Montana is further requested to provide notice to the membership by publication in the Montana Lawyer magazine and through other electronic and timely means.

IT IS FURTHER ORDERED that the Clerk of this Court shall provide copies of the Proposed Revisions to the State Bar of Montana and shall provide to each District Court Judge and each Clerk of the District Court a copy of this Order with a request that each Clerk of the District Court make the Order available for public review in the Office of the Clerk of the District Court. The additional documents referenced in this Order may be viewed on the Court's electronic public view docket:

https://supremecourtdocket.mt.gov/PerceptiveJUDDocket/

Dated this 28th day of December, 2022.

For the Court,

By _____
Chief Justice